UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

FRANCISCO BRAVO,

           Defendant.

------------------------------------------------------------x

05 MAG. 29 (GEL)

**ORDER**

05 CRIM 1340

GERARD E. LYNCH, District Judge:

    On June 2, 2005, Francisco Bravo appeared before this Court to waive indictment and plead guilty to an information charging him with three counts of theft of government property, bank fraud, and conspiracy. The Court accepted the waiver of indictment and guilty plea, and directed the filing of the information.

    Apparently, the paperwork involved, including the signed waiver of indictment forms and the original signed information, was lost, and the information was never formally filed. Accordingly, a docket on the case was never opened, and no docket number was assigned. Because the sentencing date was repeatedly adjourned on the joint application of the Government and the defendant, no further proceedings were held until today's sentencing.

    It is hereby ORDERED that the Clerk of the Court:

1. accept for filing, nunc pro tunc as of June 2, 2005, (a) the attached signed original replacement copies of the waiver of indictment form, and (b) the attached photocopy as a duplicate original of the lost signed information; and

2. assign the case a 2005 docket number.

SO ORDERED.

Dated: New York, New York
       June 29, 2007

                                              GERARD E. LYNCH
                                              United States District Judge