ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,            :
                                     :       JUDGE LYNCH
         - v -                       :
                                     :       NOTICE OF INTENT TO
FRANCISCO BRAVO,                     :       FILE AN INFORMATION
                                     :
                                     :       Lynch, J.
         Defendant.                  :
                                     :
- - - - - - - - - - - - - - - - x

05 CRIM. 1340

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          May 19th, 2005

                                     DAVID N. KELLEY
                                     United States Attorney

                              By:    _____
                                     Elie Honig
                                     Assistant United States Attorney

                                     AGREED AND CONSENTED TO:

                              By:    _____
                                     Daniel Nobel, Esq.
                                     Attorney for Francisco Bravo

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/05

5/23/05 WHEEL A