UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

FRANCISCO BRAVO,

          Defendant.
- - - - - - - - - - - - - - - - x

WAIVER OF INDICTMENT

05 Mag. 29

05 CRIM. 1340

JUDGE LYNCH

    FRANCISCO BRAVO, the above-named defendant, who is accused of violating Title 18, United States Code, Sections 641, 1344, and 371, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:    New York, New York
          6/2, 2005

USDC SDNY DOCUMENT 6/2/05

0202